FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 24, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  v.<br><br>JUAN CARLOS ARENAS,<br><br>               Defendant. | No: 2:05-cr-02087-LRS-2<br><br>ORDER GRANTING MOTION TO DISMISS INDICTMENT AND QUASHING ARREST WARRANT |

Before the Court is the Government's Motion to Dismiss Indictment pursuant to Federal Rule of Criminal Procedure 48(a). ECF No. 442. The Court finds the motion should be granted but makes no judgment as to the merit or wisdom of this dismissal. Accordingly,

**IT IS ORDERED:**

1. The Motion to Dismiss Indictment, **ECF No. 442**, is **GRANTED.**

ORDER GRANTING MOTION TO DISMISS INDICTMENT - 1

2. The Indictment as to Juan Carlos Arenas, **ECF No. 80**, is **DISMISSED** without prejudice.

3. The Arrest Warrant, **ECF No. 327**, is **QUASHED**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, U.S. Probation, and the U.S. Marshal, and close the file.

**DATED** September 24, 2025.

_____
LONNY R. SUKO
Senior United States District Judge

ORDER GRANTING MOTION TO DISMISS INDICTMENT - 2